FILE COPY



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

October 27, 2015

Jerod Pingelton
LAW OFFICE OF JEROD PINGELTON
P.O. Box 636
Dumas, TX 79029
* DELIVERED VIA E-MAIL *

David M. Green
District Attorney
715 S. Dumas Avenue, Room 304
Dumas, TX 79029
* DELIVERED VIA E-MAIL *

Torrey Michael Spaulding
TDCJ-ID #01943421
George Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

**RE:** Case Numbers: 07-14-00288-CR, 07-14-00304-CR
Trial Court Case Numbers: 4352, 1159H
**Style:** Torrey Michael Spaulding v. The State of Texas

Dear Counsel and Mr. Spaulding:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Ron Enns (DELIVERED VIA E-MAIL)
       Terri Banks (DELIVERED VIA E-MAIL)